[No. 14896-3-III.    Division Three.    November 20, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY
PETER CHENEVERT, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 94-1-01059-1, Robert D. Austin, J.,
entered May 15, 1995. *Affirmed* by unpublished opinion
per Zagelow, J. Pro Tem., concurred in by Kurtz and
Brown, JJ.

[No. 15543-9-III.    Division Three.    November 20, 1997.]

*In the Matter of the Marriage of* SHARON A. CARUSO,
*Respondent*, and ROBERT E. CARUSO, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 92-3-01149-1, Tari S. Eitzen, J.,
entered January 31, 1996. *Affirmed in part* and *reversed in
part* by unpublished opinion per Kurtz, J., concurred in by
Brown, J., and Zagelow, J. Pro Tem.

[No. 15565-0-III.    Division Three.    November 20, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
RAY O'NEIL, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 95-1-00725-3, Harold D. Clarke, J.,
entered February 20, 1996. *Affirmed* by unpublished
opinion per Schultheis, A.C.J., concurred in by Kurtz and
Brown, JJ.

[No. 15682-6-III.    Division Three.    November 20, 1997.]

*In the Matter of the Custody of* JENNIFER A.,
DARLENE BERGERON, *Respondent*, VICKI KIRK,
*Appellant*.

Appeal from a judgment of the Superior Court for
Lincoln County, No. 94-3-01573-1, Wallis W. Friel, J.,
entered March 19, 1996. *Affirmed* by unpublished opinion
per Zagelow, J. Pro Tem., concurred in by Kurtz and
Brown, JJ.